UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUINCY VALENTINO HAWKINS,

                Petitioner,

  v.

STATE OF WASHINGTON,

                Respondent.

No. C12-6020 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's application to proceed *in forma pauperis* is **DENIED**;

(3) Petitioner shall pay the required filing fee [$5.00] to the Clerk of the Court within thirty (30) days of the date of this Order otherwise this action will be dismissed; and

(4) The Clerk is directed to send copies of this Order to Petitioner and any other party that has appeared in this action.

DATED this 18th day of March, 2013.

                RONALD B. LEIGHTON
                UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT & RECOMMENDATION - 1